THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Corey Jawan
 Robinson, Appellant.
 
 
 
 
 

Appeal From Georgetown County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2011-UP-191   
 Submitted April 1, 2011  Filed April 28,
2011

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda
 Carter, of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor J. Gregory Hembree, of
 Conway, for Respondent.
 
 
 

PER CURIAM:  Corey
 Jawan Robinson appeals his convictions for possession with intent to distribute
 (PWID) marijuana, PWID crack cocaine, and assault on a police officer while
 resisting arrest.  On appeal, Robinson argues the trial court erred in allowing
 him to proceed pro se because Robinson did not validly waive his right to
 counsel.  In addition, Robinson raises several issues in his pro se brief.  After a thorough review of the record, counsel's
 brief, and Robinson's pro se brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's petition to be relieved.
APPEAL DISMISSED.
HUFF, SHORT, and PIEPER,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.